UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLORENCE ASSALIT,

Plaintiff,

v.

AIR COMMUNITIES, et al.,

Defendants.

Case No.  26-cv-05305-EKL

**ORDER TO SHOW CAUSE REGARDING SERVICE**

Re: Dkt. No. 8

Plaintiff Florence Assalit alleges that Defendant Columbia Debt Recovery ("Columbia") violated the Fair Debt Collection Practices Act by attempting to collect a debt associated with a disputed security deposit charged by Plaintiff's apartment manager.  Compl. ¶¶ 14-21, ECF No. 1. According to the complaint, Columbia "is a corporation headquartered in Everett, Washington." *Id*. ¶ 5.  Yet, inexplicably, Plaintiff purports to have served Columbia at an address in Florida. ECF No. 8.  Moreover, Plaintiff served the summons on "Andrew Diggers Customer Service Associate." *Id*.  According to the California Secretary of State's website, "Andrew Diggers" is not one of Columbia's designated agents for service of process.  *See* Cal. Civ. Proc. Code § 416.10(a) (permitting service on a corporation through "the person designated as agent for service of process").  It is not clear whether Plaintiff's attempted service is otherwise proper.

Accordingly, by August 3, 2026, Plaintiff shall either attempt to re-serve Columbia and file an updated proof of service or show cause why the initial service was proper.

**IT IS SO ORDERED.**

Dated: July 13, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California