**YU | MOHANDESI, LLP**

**Brett B. Goodman** (SBN 260899)
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
858.757.7262 Direct
213.377.5501 Facsimile
bgoodman@yumollp.com

Attorney for Defendant
Columbia Debt Recovery, LLC
d/b/a Genesis

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLORENCE ASSALIT,<br><br>Plaintiff,<br><br>vs.<br><br>AIR COMMUNICITIES; COLUMBIA DEBT RECOVERY, LLC DBA GENESIS,<br><br>Defendants. | CASE NO.: 5:26-cv-05305-EKL<br><br>**DEFENDANT COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS'S CORPORATE DISCLOSURE**<br><br>Assigned to Hon. Eumi K. Lee |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Columbia Debt Recovery, LLC d/b/a Genesis, ("Genesis"), by and through undersigned counsel, submits the following Corporate Disclosure Statement:

1. Genesis is a private, non-governmental corporate entity.
2. Genesis has no parent company.
3. No publicly held corporation owns 10% or more of Genesis' membership interests.

Dated: July 30, 2026

**YU | MOHANDESI LLP**

By: */s/ Brett B. Goodman*
Brett B. Goodman
Attorney for Defendant
Columbia Debt Recovery, LLC
d/b/a Genesis

YU | MOHANDESI, LLP
633 W 5th St, #2800
Los Angeles, CA 90071

YU | MOHANDESI, LLP
633 W 5th St, #2800
Los Angeles, CA 90071

**CERTIFICATE OF SERVICE**

I certify that on July 30, 2026, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: July 30, 2026

By: */s/ Brett B. Goodman*
Brett B. Goodman