**YU | MOHANDESI, LLP**

**Brett B. Goodman** (SBN 260899)
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
858.757.7262 Direct
213.377.5501 Facsimile
bgoodman@yumollp.com

Attorney for Defendant
Columbia Debt Recovery, LLC
dba Genesis

YU | MOHANDESI, LLP
633 W 5th St, #2800
Los Angeles, CA 90071

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLORENCE ASSALIT,<br><br>Plaintiff,<br><br>vs.<br><br>AIR COMMUNICITIES; COLUMBIA DEBT RECOVERY, LLC DBA GENESIS,<br><br>Defendants. | CASE NO.: 5:26-cv-05305-EKL<br><br>**DEFENDANT COLUMBIA DEBT RECOVERY LLC DBA GENESIS'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: December 16, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 7<br>280 South 1st Street<br>San Jose, CA 95113<br><br>Assigned to Hon. Eumi K. Lee |

YU | MOHANDESI, LLP
633 W 5th St, #2800
Los Angeles, CA 90071

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 16, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Eumi K. Lee, Judge of United States District Court for the Northern District of California, San Jose Division, in Courtroom 7 of the above-captioned Court located at 280 South 1st Street, San Jose, California, 95113, Defendant Columbia Debt Recovery LLC dba Genesis ("Genesis") will and hereby does move the Court, pursuant to Rule 12(c), Fed. R. Civ. P., for an order dismissing the sole cause of action asserted against Genesis—Count I.

This Motion is made on the grounds that Plaintiff lacks Article III standing, and alternatively, that the Complaint fails to state a claim against Genesis upon which relief may be granted. As set forth in more detail in the accompanying Memorandum of Points and Authority, and the accompanying Declaration of Genesis, Genesis is entitled to judgment on the pleadings for the following reasons.

1. Plaintiff lacks standing because Plaintiff has failed to assert damages that are concrete and imminent.

2. Plaintiff lacks standing because Plaintiff's alleged emotional distress is, as a matter of law, incommensurate with the alleged conduct of Genesis.

3. Plaintiff lacks standing because Plaintiff alleges no third-party dissemination of the tradeline, and Plaintiff alleges no monetary or economic injury.

4. Alternatively, Plaintiff fails to state a claim against Genesis because the Complaint does not allege that Genesis made a false or misleading representation and any alleged inaccuracy in Genesis's representations about the account were immaterial.

5. Plaintiff also fails to state a claim because the deposit at issue in this litigation was expressly authorized by a contract; Plaintiff alleges no facts to support the allegation of an unfair collection practice; and a single collection communication does not constitute harassment.

Pursuant to Judge Lee's standing Order, Section VIII(A), counsel for Genesis attempted to meet and confer with counsel for Plaintiff prior to filing this Motion. Specifically, counsel for Genesis emailed Plaintiff's counsel on September 11, 2026 with a summary of the arguments in this Motion, and requested availability to meet and confer via videoconference. Genesis's counsel emailed Plaintiff's counsel again on September 15, 2026. As of the date of this filing, Genesis's counsel has not received a response.

This Motion is based on the Memorandum of Points and Authority, the accompanying Declaration of Genesis filed therewith, the exhibits to the Declaration of Genesis, the pleadings and papers on file in this action, and any arguments of counsel that the Court may entertain.

Dated: September 24, 2026

**YU | MOHANDESI LLP**

By: *_/s/ Brett B. Goodman_*
Brett B. Goodman
Attorney for Defendant
Columbia Debt Recovery, LLC
dba Genesis

YU | MOHANDESI, LLP
633 W 5th St, #2800
Los Angeles, CA 90071

## CERTIFICATE OF SERVICE

I certify that on September 24, 2026, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: September 24, 2026

By: */s/ Brett B. Goodman*
Brett B. Goodman

YU | MOHANDESI, LLP
633 W 5th St, #2800
Los Angeles, CA 90071