**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **FLORENCE ASSALIT,**<br>Plaintiff,<br>**v.**<br>**AIR COMMUNITIES, COLUMBIA DEBT RECOVERY LLC DBA GENESIS,**<br>Defendants. | Case No. 5:26-cv-05305-EKL<br>Hon. Eumi K. Lee<br>**DECLARATION OF COLUMBIA DEBT RECOVERY LLC DBA GENESIS** |

I, Susanna Dodd, declare as follows:

1. I am employed by Columbia Debt Recovery, LLC d/b/a Genesis ("Genesis"), a defendant in the above-captioned action, as Paralegal. I submit this declaration in support of Genesis's Motion for Judgment on the Pleadings. I have personal knowledge of the matters stated herein.

2. In my role as Paralegal for Genesis, I am familiar with and have reviewed Genesis's business records as relevant to the claims presented in the above-captioned action, including records relating to the subject account placed with Genesis for collection, including placement files received from the subject property manager, named in this action as AIR Communities, and records generated through Genesis's use of the e-OSCAR system to respond to consumer disputes submitted to consumer reporting agencies ("CRAs").

3. These records are created and maintained in the ordinary course of Genesis's business and it is Genesis's regular business practice to make and keep such records, and the records described below were made at or near the time of the events they reflect, by persons with

knowledge of those events acting in the regular course of Genesis's business, and are kept in the course of that regularly conducted business activity.

4. Attached hereto as Exhibit 1 is a true and correct copy of a rental application and associated documentation for Plaintiff Florence Assalit, provided to Genesis by AIR Communities in connection with the placement of Plaintiff's account with Genesis for collection.

5. Attached hereto as Exhibit 2 is a true and correct copy of e-OSCAR/Automated Universal Data Form ("AUD") records maintained by Genesis reflecting Genesis's processing of Plaintiff's dispute submitted to TransUnion. Based on my review of these business records:

   - A dispute was received by Genesis on March 18, 2026, with a response due date of April 13, 2026;

   - Genesis responded to TransUnion on April 10, 2026 with Response Code "03: DELETE ACCOUNT;" and

   - Genesis's Automated Universal Data Form dated April 13, 2026, submitted by Genesis personnel identified in the record as Michelle Hopkinson, reflects AUD Correction Indicator "3: DELETE," instructing deletion of the tradeline associated with Plaintiff's account at Equifax, Experian, and TransUnion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2026

Susanna Dodd

Susanna Dodd

# EXHIBIT 1

MALIBU CANYON
apartment homes

Payment Submitted For: Malibu Canyon - 041790

Date Submitted: Oct 25, 2024 02:48 PM PDT IP Address:75.82.108.156

| Shown on Statement as | Payment Number | Payment Amount | Convenience Fee | Payment Total |
|---|---|---|---|---|
| 041790 - Malibu Canyon | 1623925515 | $1,060.00 | $0.00 | **$1,060.00** |

Payment Type: Visa
Payment Date: 10/25/2024 02:48 PM PDT

Florence Assalit
Malibu Canyon - 041790

## Application Submitted For: Malibu Canyon - 041790

Date Submitted: Oct 25, 2024 02:48 PM PDT IP Address:75.82.108.156

Thank you for your rental application for Malibu Canyon - 041790.

| Basic Information | | | |
|---|---|---|---|
| Application ID | [redacted]7361 | | |
| **Name** : | Florence Assalit | **Applicant Type** : | Primary |
| **Email** : | [redacted] | | |
| **Birth Date** : | | **/**/**** | |
| **Mobile** : | [redacted] | | |

| Unit Info | | | |
|---|---|---|---|
| Property | Malibu Canyon - 041790 | Building | 44 |
| Floor Plan | Paradise Cove Premier | Unit | Apt.587 |

Additional Info

EQUAL HOUSING OPPORTUNITY

| Current Address: | |
|---|---|
| Address | 500 Ramona Ave Apt 118<br>null<br>MONTEREY, CALIFORNIA 93940<br>United States |

| General Questions : | | | |
|---|---|---|---|
| Have you or any member of your household ever been evicted or sued for non-payment of rent? | No | Comments | Success |
| Have you or any member of your household ever been convicted of or pled guilty or no contest to any felony? | No | Comments | Success |
| Have you or any member of your household ever been (a) convicted of or pled guilty or no contest to a sexual offense or (b) listed on a registry of sexual offenders? | No | Comments | Success |
| Have you or any member of your household ever been convicted of or pled guilty or no contest to any drug-related criminal offense? | No | Comments | Success |
| Are you or any | No | Comments | Success |

| | | | |
|---|---|---|---|
| member of your household aware of any current or past pest infestation, including bed bugs, in your current residence, clothing or personal property? | | | |
| Have you or any household member ever defaulted under a lease agreement (including, but not limited to, moving out before the end of the lease, left owing amounts due, been served with a notice to pay rent or quit or a notice to pay covenant or quit by a landlord)? | No | | |
| Are you or any member of your household a Specially Designated National or other Blocked Person designated by the United States government as a person who commits or supports terrorism or is involved in international narcotics trafficking? | No | | |

| Education |
|---|

## Financial

| Income Details | |
|---|---|
| **Self Employer** | |
| Address | [redacted] |
| Monthly Income($): | |
| **Current Employer** | |
| Employer Name: | [redacted] |
| Address | |
| Monthly Income: | |

## Options & Fees

**Pets Or Assistance Animals**

**Total Number Of Pets Or Assistance Animals: 0**

## Digital Signature

| | |
|---|---|
| **Full Name** | Florence Assalit |
| **IP Address** | 75.82.108.156 |

If you need to go back and edit your application prior to making a payment please Click Here

**Please retain for your records.**
Terms and Conditions.

EQUAL HOUSING OPPORTUNITY

MALIBU CANYON
apartment homes

Application Submitted For: Malibu Canyon - 041790

Date Submitted: Oct 25, 2024 02:48 PM PDT IP Address: 75.82.108.156

Birth Date: [redacted] Email Address: [redacted]

**Please retain for your records.**

**Entrata, Inc .**

You can find the ProspectPortal™ Terms & Conditions here.

EQUAL HOUSING OPPORTUNITY

AIR COMMUNITIES TEXT MESSAGING TERMS AND CONDITIONS

AIR Communities Properties, L.P. ("AIR Communities ") provides the text messaging reminder program ("Reminder Program") as a service to those who wish to have reminders of their schedule appointment. By providing your mobile phone number to opt-in to the Reminder Program or by otherwise using or participating in the Reminder Program, you agree to these AIR Communities Text Messaging Terms and Conditions ("Terms") and you consent to the handling of your personally identifiable information in accordance with the AIR Communities Text Messaging Privacy Policy**.**

**Here's how it works:**

1. You must provide your mobile phone number when providing your personal information as part of scheduling an appointment.
2. After you have completed the appointment scheduling process including providing your mobile phone number, you will receive one or more text messages reminding you of your scheduled appointment.
3. You can cancel our Reminder Program's ability to send you text message reminders of your appointment at any time by replying **STOP** to the SMS text message.

**Other Terms and Conditions:**

- Message and Data rates may apply.
- By opting in to the Reminder Program from a mobile telephone number, you are representing to AIR Communities that the mobile number from which you have opted-in is one for which you are authorized to provide consent to receive mobile messages from AIR Communities and to allow AIR Communities to provide the Reminder Program. You agree that if and before you disconnect or transfer your mobile number, you will send all necessary short codes to AIR Communities in order to stop future messages from being sent to that number and to terminate the Reminder Program for that number.
- AIR Communities is not responsible for incomplete, lost, late, or misdirected messages, including, but not limited to, undelivered messages resulting from any form of filtering by your mobile carrier or service provider, the failure of the Reminder Program to provide you with a reminder of your scheduled appointment (and any associated failure by you to make your scheduled appointment), and cannot guarantee that each user will receive the benefit of the Reminder Program.
- To AIR Communities knowledge, the Reminder Program is available on all mobile carriers. The Reminder Program may be removed from mobile carriers where it is currently available at AIR Communities exclusive discretion.

## ***Certifications for Residency Application***

### Application Screening Fee

By completing and submitting the rental application, I hereby agree, in the event of the approval of this application, to execute a lease in accordance with the terms set forth in this rental application and such other terms as are set forth in the lease, and my rental liability shall commence pursuant to the terms of the lease. I agree that the application screening fee accompanying this application and disclosed on the payment screen, is intended to cover Landlord's out-of-pocket, administrative, and overhead costs associated with processing the application and (including, but not limited to, the out-of-pocket costs and reasonable value of time spent by Landlord to process the application and obtain information in connection with the application; obtaining and processing initial qualifying information; and validating and reviewing applicant credit, employment, income and tenant history information). I further agree that the application fee shall be retained by Landlord to cover Landlord's various costs of evaluating my application, whether or not Landlord approves my application, or whether or not I sign a lease or take possession of an apartment home. I understand that the application fees accompanying this application disclosed on the payment screen are non-refundable after I execute this application (except as otherwise provided by law) and will not be applied against the security deposit or any rent payable pursuant to the lease. Landlord and/or agent for Landlord reserve the right to reject this application and to refuse possession of the above-mentioned accommodation.

### Holding Deposit

In addition to the foregoing application screening fee, I agree that the holding deposit accompanying this application shall be retained by Landlord to hold the unit identified on my quote and payment screen. I understand that once Landlord receives my holding deposit, the unit identified on my quote and payment screen will be taken off the rental market and reserved for me. If this application is rejected for any reason other than the falsification of information by applicant, the foregoing holding deposit shall be refunded to the undersigned within seven (7) business days from the date I am notified that this application was not approved (subject to my check clearing the bank). If my application is accepted, but I notify Landlord that I do not desire to lease the unit within 24 hours after Landlord notifies me (orally or in writing) that my application has been accepted, then Landlord will refund the holding deposit to me within seven (7) business days from the date I am notified that this application was not approved (subject to my payment clearing the bank). *Otherwise, Landlord shall be entitled to retain the holding deposit* to cover Landlord's various costs and expenses of holding such unit for me (including, but not limited to, lost rental damages that Landlord incurs as a result of holding the unit off the market), and I agree to this amount being retained by Landlord as a reasonable estimate of the actual costs to Landlord to hold the unit for my occupancy. I also do not believe the amount of this holding deposit is an unfair business practice. If my application is accepted, then the monthly rent and term of my lease will be as specified on my quote, and the amount of my security deposit will be the amount specified on the payment screen, depending upon my credit, rental references and employment verification. If my application is accepted, I must sign a lease (in a form acceptable to Landlord) for the unit within 72 hours after Landlord notifies me (orally or in writing) that my application has been accepted, *or the lease terms in the preceding sentence may no longer be available to me and Landlord shall be entitled to retain the holding deposit* to cover Landlord's various costs of holding such unit for me as described above (including, but not limited to, lost rental damages that Landlord incurs as a result of holding the unit off the market). I understand that if I occupy the unit, the foregoing holding deposit will be applied against the security deposit, and, if any amount of the holding deposit exceeds the amount of the security deposit, such excess shall be applied against the rent payable pursuant to the lease.

**I hereby understand and agree that, by paying the foregoing fees by check, I am authorizing Landlord to use the information on my check to make a one-time electronic payment from my checking account. The electronic payment will be for the amount indicated on my check and may be withdrawn from my bank account as soon as the same day payment is received. I further understand that my check will not be returned by the financial institution but will instead appear under the "Electronic Items" section on my bank statement. It is my obligation to notify Landlord in advance if I choose not to have my check converted into an electronic item.**

**Consent to Consumer Report and Background Check**

This is to inform applicant that, as part of Landlord's procedure for processing applicant's application, an Investigative Consumer Report may be prepared whereby information is obtained through personal interviews with applicant's landlord, employer, or others with whom applicant is acquainted. This also is to inform applicant that, as also set forth in the lease applicant will execute if applicant's application is approved by Landlord, similar Investigative Consumer Reports may be prepared in the future after applicant has executed the lease and becomes a resident or has vacated the property which is the subject of this agreement. These inquiries include information as to applicant's character, general reputation, personal characteristics, mode of living and credit report. The federal Fair Credit Reporting Act requires Landlord to provide to applicant additional information about the nature and scope of the investigation if applicant provides Landlord with a written request within a reasonable time. Landlord has attached a summary of applicant's rights under the Fair Credit Reporting Act.
By submitting this application, the applicant hereby authorizes the property owner, or its agent, attorney or assign to order and review one or more consumer reports relating to me (including, but not limited to, credit history, rental history (including with other properties owned by property owners affiliated with Landlord), and criminal history). Applicant further authorizes the property owner, its agent, attorney or assign to order or prepare, and review, investigative consumer reports relating to me. Applicant understands and authorizes the property owner, its agent, attorney or assign to continue to obtain or prepare consumer reports and investigative consumer reports on me both during the duration of any lease or agreement applicant may enter into as a result of this application and at any time thereafter, including for the purposes of collection of amounts applicant may owe under any lease or other agreement. Applicant further authorizes and directs all employers, financial institutions, banks, creditors, residential managers/landlords to release any and all information relating to applicant to the property owner or its agent, attorney or assign. Applicant acknowledges that he/she has received a summary of his/her rights under the Fair Credit Reporting Act.
Applicant further understands and authorizes the property owner to obtain and use consumer report information relating to applicant (including, but not limited to, a credit score) for the purpose of conducting research into statistical credit models and evaluating the performance of various scoring models and sources of consumer reporting information, including, but not limited to, criminal conviction and skip tracing/eviction databases.

**FOR MASSACHUSETTS PROPERTIES ONLY**

Landlord is registered under the provisions of M.G.L. c.6, § 172 to receive Criminal Offender Record Information (CORI) for the purpose of screening current and otherwise qualified prospective employees, subcontractors, volunteers, license applicants, current licensees, and applicants for the rental or lease of housing. Landlord has authorized **Resident Verify** to submit CORI checks to the Massachusetts Department of Criminal Justice Information Services (DCJIS) on its behalf.

As a prospective or current employee, subcontractor, volunteer, license applicant, current licensee, or applicant for the rental or lease of housing, I understand that a CORI check will be submitted for my personal information to the DCJIS. I hereby acknowledge and provide permission to **Resident Verify** to submit a CORI check for my information to the DCJIS. This authorization is valid for one year from the date of my signature. I may withdraw this authorization at any time by providing Landlord with written notice of my intent to withdraw consent to a CORI check. I also understand that this is a CORI acknowledgement and I am entitled to additional consumer reporting disclosure forms under the Fair Credit Reporting Act. If I have not received those disclosures, I should contact Landlord.

By signing this rental application, I provide my consent to a CORI check and affirm that the information provided on my rental application is true and accurate.

**FOR COLORADO PROPERTIES ONLY**

**I understand that, pursuant to Colorado Revised Statutes §38-12-904(1.5): (a) I have the right to provide to the landlord a portable tenant screening report, as defined in Colorado Revised Statutes §38-12-902(2.5), and (b) if I provide the landlord with a portable tenant screening report, the landlord is prohibited from charging me a rental application fee or charging me a fee for the landlord to access or use the portable tenant screening report.**

Landlord hereby discloses that the $50.00 application fee is comprised of $20.00 to cover Landlord's out- of-pockets costs associated with processing the application and $30.00 to cover Landlord's administrative and overhead costs allocable to processing of the application.

**FOR CALIFORNIA RESIDENTS ONLY**

**A Summary of Your Rights Under the California Investigative Consumer Reporting Agencies Act**
In connection with your application, an investigative consumer report may be made regarding your character, general reputation, personal characteristics, and mode of living.

The name and address of the investigative consumer reporting agency that will prepare the report is:

Resident Verify
4205 Chapel Ridge
Rd. Lehi, UT 84043
Phone: 866-698-0661

**Please check the applicable box in the online application process if you wish to receive a copy of the investigative consumer report if one is obtained by Landlord/Owner.**

Your Rights under California Civil Code Section 1786.22
(a) An investigative consumer reporting agency shall supply files and information required under Section 1786.10 during normal business hours and on reasonable notice.
(b) Files maintained on a consumer shall be made available for the consumer's visual inspection, as follows:
(1) In person, if he appears in person and furnishes proper identification. A copy of his file shall also be available to the consumer for a fee not to exceed the actual costs of duplication services provided.
(2) By certified mail, if he makes a written request, with proper identification, for copies to be sent to a specified addressee. Investigative consumer reporting agencies complying with requests for certified mailings under this section shall not be liable for disclosures to third parties caused by mishandling of mail after such mailings leave the investigative consumer reporting agencies.
(3) A summary of all information contained in files on a consumer and required to be provided by Section 1786.10 shall be provided by telephone, if the consumer has made a written request, with proper identification for telephone disclosure, and the toll charge, if any, for the telephone call is prepaid by or charged directly to the consumer.
(c) The term "proper identification" as used in subdivision (b) shall mean that information generally deemed sufficient to identify a person. Such information includes documents such as a valid driver's license, social security account number, military identification card, and credit cards. Only if the consumer is unable to reasonably identify himself with the information described above, may an investigative consumer reporting agency require additional information concerning the consumer's employment and personal or family history in order to verify his identity.
(d) The investigative consumer reporting agency shall provide trained personnel to explain to the consumer any information furnished him pursuant to Section 1786.10.
(e) The investigative consumer reporting agency shall provide a written explanation of any coded information contained in files maintained on a consumer. This written explanation shall be distributed whenever a file is provided to a consumer for visual inspection as required under Section 1786.22.
(f) The consumer shall be permitted to be accompanied by one other person of his choosing, who shall furnish reasonable identification. An investigative consumer reporting agency may require the consumer to furnish a written statement granting permission to the consumer reporting agency to discuss the consumer's file in such person's presence.

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

• **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your “file disclosure”). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

o a person has taken adverse action against you because of information in your credit report;
o you are the victim of identity theft and place a fraud alert in your file;
o your file contains inaccurate information as a result of fraud;
o you are on public assistance;
o you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies.
See www.consumerfinance.gov/learnmore for additional information.

• **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit- worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

• **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

• **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

• **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

• **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

• **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

• **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567- 8688).

• The following FCRA right applies with respect to nationwide consumer reporting agencies**:**

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

• **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

• **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: |
| --- |
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br>d. Federal Credit Unions |
| 3. Air carriers |
| 4. Creditors Subject to the Surface Transportation Board |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 |
| 6. Small Business Investment Companies |
| 7. Brokers and Dealers |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above |

**Acceptance of the Terms of Use**

These terms of use are entered into by and between you and Apartment Income REIT, L.P. ("**AIR**", "**we**" or "**us**"). The following terms and conditions, together with our Privacy Policy, the Screening Consent Form, Rental and Approval Requirements, and Certification for Residence, which are expressly incorporated herein by reference, (collectively, these "Terms of Use"), govern your access to and use of the AIR Online Leasing web application, including any content, functionality and services offered on or through the AIR Online Leasing web application (the **"Online Leasing Application"**), whether as a guest or a registered user. Please read the Terms of Use carefully before you start to use the Online Leasing Application. **By clicking to accept or agree to the Terms of Use, you accept and agree to be bound and abide by these Terms of Use.** If you do not want to agree to these **Terms of Use**, you must not access or use the Online Leasing Application. This Online Leasing Application is offered and available to users who are 18 years of age or older. By using this Online Leasing Application, you represent and warrant that you are of legal age to form a binding contract with AIR. If you do not meet all of these requirements, you must not access or use the Online Leasing Application. Changes to the Terms of Use

We may revise and update these Terms of Use from time to time in our sole discretion. All changes are effective immediately when we post them, and apply to all access to and use of the Online Leasing Application thereafter. However, any changes to the dispute resolution provisions set forth in Governing Law and Jurisdiction will not apply to any disputes for which the parties have actual notice on or prior to the date the change is posted on the Online Leasing Application. Your continued use of the Online Leasing Application following the posting of revised Terms of Use means that you accept and agree to the changes. You are expected to check this page from time to time so you are aware of any changes, as they are binding on you. Accessing the Online Leasing Application and Account Security

We reserve the right to withdraw or amend this Online Leasing Application, and any service or material we provide on the Online Leasing Application, in our sole discretion without notice. We will not be liable if for any reason all or any part of the Online Leasing Application is unavailable at any time or for any period. From time to time, we may restrict access to some parts of the Online Leasing Application, or the entire Online Leasing Application, to users, including registered users.

You are responsible for:

· Making all arrangements necessary for you to have access to the Online Leasing Application.
· Ensuring that all persons who access the Online Leasing Application through your internet connection are aware of these Terms of Use and comply with them.

To access the Online Leasing Application or some of the resources it offers, you may be asked to provide certain registration details or other information. It is a condition of your use of the Online Leasing Application that all the information you provide on the Online Leasing Application is correct, current and complete. You agree that all information you provide to register with this Online Leasing Application or otherwise, including but not limited to through the use of any interactive features on the Online Leasing Application, is governed by our Privacy Policy, information consistent with our Privacy Policy.

If you choose, or are provided with, a user name, password or any other piece of information as part of our security procedures, you must treat such information as confidential, and you must not disclose it to any other person or entity. You also acknowledge that your account is personal to you and agree not to provide any other person with access to this Online Leasing Application or portions of it using your user name, password or other security information. You agree to notify us immediately of any unauthorized access to or use of your user name or password or any other breach of security. You also agree to ensure that you exit from your account at the end of each session. You should use particular caution when accessing your account from a public or shared computer so that others are not able to view or record your password or other personal information.

We have the right to disable any user name, password or other identifier, whether chosen by you or provided by us, at any time in our sole discretion for any or no reason, including if, in our opinion, you have violated any provision of these Terms of Use.

**Online Payments**

The Online Leasing Application may provide an online payment platform for the payment of rents, property fees, and other expenses via automated clearing house (ACH), debit card, credit card, or other methods. By providing your payment account information, and creating payment instructions, you authorize us to process the transactions and debit your account(s) for any and all amounts and fees as disclosed in the platform. You understand and agree that it is your responsibility to authorize payments in such a manner that the rent, property fees, and other expenses will be paid on time and that the property owner or manager will receive your payment no later than the designated due date as set forth in the payment platform. In no event shall we be liable for any claims, damages, or fees incurred as a result of your failure to schedule payment instructions in accordance with your lease and corresponding due dates or grace periods

**Intellectual Property Rights**

The Online Leasing Application and its entire contents, features and functionality (including but not limited to all information, software, text, displays, images, video and audio, and the design, selection and arrangement thereof), are owned by AIR, its licensors or other providers of such material and are protected by United States and international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws. These Terms of Use permit you to use the Online Leasing Application for your personal, non-commercial use only. You must not reproduce, distribute, modify, create derivative works of, publicly display, publicly perform, republish, download, store or transmit any of the material on our Online Leasing Application, except as follows:

- Your computer may temporarily store copies of such materials in RAM incidental to your accessing and viewing those materials.
- You may store files that are automatically cached by your Web browser for display enhancement purposes.
- You may print or download one copy of a reasonable number of pages of the Online Leasing Application for your own personal, non-commercial use and not for further reproduction, publication or distribution. You must not:
- Modify copies of any materials from this site.
- Use any illustrations, photographs, video or audio sequences or any graphics separately from the accompanying text.
- Delete or alter any copyright, trademark or other proprietary rights notices from copies of materials from this site.

You must not access or use for any commercial purposes any part of the Online Leasing Application or any services or materials available through the Online Leasing Application. If you print, copy, modify, download or otherwise use or provide any other person with access to any part of the Online Leasing Application in breach of the Terms of Use, your right to use the Online Leasing Application will cease immediately and you must, at our option, return or destroy any copies of the materials you have made. No right, title or interest in or to the Online Leasing Application or any content on the Online Leasing Application is transferred to you, and all rights not expressly granted are reserved by AIR. Any use of the Online Leasing Application not expressly permitted by these Terms of Use is a breach of these Terms of Use and may violate copyright, trademark and other laws.

**Trademarks**

The AIR name, logos, community names, product and service names, designs and slogans are trademarks of AIR or its affiliates or licensors. You must not use such marks without the prior written permission of AIR. All other names, logos, product and service names, designs and slogans on this Online Leasing Application are the trademarks of their respective owners.

**Prohibited Uses**

You may use the Online Leasing Application only for lawful purposes and in accordance with these Terms of Use. You agree not to use the Online Leasing Application:

• In any way that violates any applicable federal, state, local or international law or regulation.
• To send, knowingly receive, upload, download, use or re-use any material which does not comply with the Content Standards set out in these Terms of Use.
• To transmit, or procure the sending of, any advertising or promotional material, including any "junk mail", "chain letter" or "spam" or any other similar solicitation.
• To impersonate or attempt to impersonate AIR, an AIR employee, another user or any other person or entity (including, without limitation, by using e-mail addresses or screen names associated with any of the foregoing).
• To engage in any other conduct that restricts or inhibits anyone's use or enjoyment of the Online Leasing Application, or which, as determined by us, may harm AIR or users of the Online Leasing Application or expose them to liability.
Additionally, you agree not to:
• Use the Online Leasing Application in any manner that could disable, overburden, damage, or impair the site or interfere with any other party's use of the Online Leasing Application, including their ability to engage in real time activities through the Online Leasing Application.
• Use any robot, spider or other automatic device, process or means to access the Online Leasing Application for any purpose, including monitoring or copying any of the material on the Online Leasing Application.
• Use any manual process to monitor or copy any of the material on the Online Leasing Application or for any other unauthorized purpose without our prior written consent.
• Use any device, software or routine that interferes with the proper working of the Online Leasing Application.
• Introduce any viruses, trojan horses, worms, logic bombs, code, commands or other material which is malicious or technologically harmful.
• Attempt to gain unauthorized access to, interfere with, damage or disrupt any parts of the Online Leasing Application, the server on which the Online Leasing Application is stored, or any server, computer or database connected to or otherwise associated with the Online Leasing Application.
• Attack the Online Leasing Application via a denial-of-service attack or a distributed denial-of-service attack.
• Otherwise attempt to interfere with the proper working of the Online Leasing Application.

**Monitoring and Enforcement; Termination**

We have the right to:
• Remove or refuse to post any user contributed information for any or no reason in our sole discretion.
• Disclose your identity or other information about you to any third party who claims that material posted by you violates their rights, including their intellectual property rights or their right to privacy.
• Take appropriate legal action, including without limitation, referral to law enforcement, for any illegal or unauthorized use of the Online Leasing Application.
• Terminate or suspend your access to all or part of the Online Leasing Application for any or no reason, including without limitation, any violation of these Terms of Use.

Without limiting the foregoing, we have the right to fully cooperate with any law enforcement authorities or court order requesting or directing us to disclose the identity or other information of anyone posting any materials on or through the Online Leasing Application. YOU WAIVE AND HOLD HARMLESS AIR AND ITS AFFILIATES, LICENSEES AND SERVICE PROVIDERS FROM ANY CLAIMS RESULTING FROM ANY ACTION TAKEN BY AIR OR ANY OF THE FOREGOING PARTIES DURING OR AS A RESULT OF ITS INVESTIGATIONS AND FROM ANY ACTIONS TAKEN AS A CONSEQUENCE OF INVESTIGATIONS BY EITHER AIR, SUCH PARTIES, OR LAW ENFORCEMENT AUTHORITIES.

However, we do not undertake to review all material before it is posted on the Online Leasing Application, and cannot ensure prompt removal of objectionable material after it has been posted. Accordingly, we assume no liability for any action or inaction regarding transmissions, communications or content provided by any user or third party. We have no liability or responsibility to anyone for performance or nonperformance of the activities described in this section.

**Content Standards**

These content standards apply to any and all user contributed information or material and use of interactive services. User contributed information or material must in its entirety comply with all applicable federal, state, local and international laws and regulations. Without limiting the foregoing, user contributed information or material must not:
• Contain any material which is defamatory, obscene, indecent, abusive, offensive, harassing, violent, hateful, inflammatory or otherwise objectionable.
• Promote sexually explicit or pornographic material, violence, or discrimination based on race, sex, religion, nationality, disability, sexual orientation or age.
• Infringe any patent, trademark, trade secret, copyright or other intellectual property or other rights of any other person.
• Violate the legal rights (including the rights of publicity and privacy) of others or contain any material that could give rise to any civil or criminal liability under applicable laws or regulations or that otherwise may be in conflict with these Terms of Use and our Privacy Policy.
• Be likely to deceive any person.
• Promote any illegal activity, or advocate, promote or assist any unlawful act.
• Cause annoyance, inconvenience or needless anxiety or be likely to upset, embarrass, alarm or annoy any other person.
• Impersonate any person, or misrepresent your identity or affiliation with any person or organization.
• Involve commercial activities or sales, such as contests, sweepstakes and other sales promotions, barter or advertising.
• Give the impression that they emanate from or are endorsed by us or any other person or entity, if this is not the case.

**Notice And Procedure For Copyright Infringement Claim**

Pursuant to 17 U.S.C. Section 512, as amended by Title II of the Digital Millennium Copyright Act (the "Act"), AIR reserves the right, but not the obligation, to terminate your right to use the Online Leasing Application if AIR determines in its sole and absolute discretion that you are involved in any activity that may be infringing, including alleged acts of infringement, regardless of whether the material or activity is ultimately determined to be infringing. AIR accommodates and does not interfere with standard technical measures used by copyright owners to protect their materials. In addition, pursuant to 17 U.S.C. Section 512(c), as amended, AIR has implemented or will implement procedures for receiving written notification of claimed infringements and for processing such claims in accordance with the Act. The designated agent of AIR to receive notification of claimed infringement is:

Kenneth A.
Diamond 4852 S.
Ulster Street
Suite 1700
Denver, Colorado 80237
Phone: 1-888-789-8600
Facsimile: 1-303-759-3226
E-mail: DMCAagent@aircommunities.com

AIR respects the intellectual property of others, and we ask our users to do the same. If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide the designated agent listed above with the following information: (i) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest; (ii) a description of the copyrighted work or other intellectual property that you claim has been infringed; (iii) a description of where the material that you claim is infringing is located on the Site; (iv) your address, telephone number, and email address; (v) a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and (vi) a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf

**Fair Housing/Equal Housing Opportunity**

AIR is an Equal Housing Opportunity company, which means AIR (as well as all of our affiliated entities and employees) complies with the Fair Housing Act and other applicable federal, state and local anti- housing discrimination laws. The federal Fair Housing Act prohibits discrimination in housing because of: Race/Color
National
origin
Religion
Sex
Familial Status
Handicap (or
disability)
AIR also operates in states and local jurisdictions that have additional fair housing laws and more protected classes. AIR is responsible for complying with those laws and regulations as well. All rental properties identified in this Online Leasing Application are subject to the federal Fair Housing Act and its state law counterparts. AIR will not knowingly permit or allow any discriminatory conduct in the rental of its properties that violates applicable law. Complaints concerning discriminatory practices in housing may be filed with the local office of the U.S. Department of Housing and Urban Development ("HUD") or by calling HUD toll free at 800-669-9777 (voice) or 800-927-9275 (TDD). HUD maintains extensive fair housing information on the internet which can be accessed on the internet here.

**Reliance on Information Posted**

The information presented on or through the Online Leasing Application is made available solely for general information purposes. We do not warrant the accuracy, completeness or usefulness of this information. Any reliance you place on such information is strictly at your own risk. We disclaim all liability and responsibility arising from any reliance placed on such materials by you or any other visitor to the Online Leasing Application, or by anyone who may be informed of any of its contents.

This Online Leasing Application may include content provided by third parties, including materials provided by other users and third-party licensors, syndicators, aggregators and/or reporting services. All statements and/or opinions expressed in these materials, and all articles and responses to questions and other content, other than the content provided by AIR, are solely the opinions and the responsibility of the person or entity providing those materials. These materials do not necessarily reflect the opinion of AIR. We are not responsible, or liable to you or any third party, for the content or accuracy of any materials provided by any third parties.

**Changes to the Online Leasing Application**

We may update the content on this Online Leasing Application from time to time, but its content is not necessarily complete or up-to-date. Any of the material on the Online Leasing Application may be out of date at any given time, and we are under no obligation to update such material.

**Disclaimer of Warranties**

You understand that we cannot and do not guarantee or warrant that files available for downloading from the internet or the Online Leasing Application will be free of viruses or other destructive code. You are responsible for implementing sufficient procedures and checkpoints to satisfy your particular requirements for anti-virus protection and accuracy of data input and output, and for maintaining a means external to our site for any reconstruction of any lost data. WE WILL NOT BE LIABLE FOR ANY LOSS OR DAMAGE CAUSED BY A DISTRIBUTED DENIAL-OF-SERVICE ATTACK, VIRUSES OR OTHER TECHNOLOGICALLY HARMFUL MATERIAL THAT MAY INFECT YOUR COMPUTER EQUIPMENT, COMPUTER PROGRAMS, DATA OR OTHER PROPRIETARY MATERIAL DUE TO YOUR USE OF THE ONLINE LEASING APPLICATION OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE ONLINE LEASING APPLICATION OR TO YOUR DOWNLOADING OF ANY MATERIAL POSTED ON IT, OR ON ANY WEBSITE LINKED TO IT. YOUR USE OF THE ONLINE LEASING APPLICATION, ITS CONTENT AND ANY SERVICES OR ITEMS OBTAINED THROUGH THE ONLINE LEASING APPLICATION IS AT YOUR OWN RISK. THE ONLINE LEASING APPLICATION, ITS CONTENT AND ANY SERVICES OR ITEMS OBTAINED THROUGH THE ONLINE LEASING APPLICATION ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT ANY WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. NEITHER AIR NOR ANY PERSON ASSOCIATED WITH AIR MAKES ANY WARRANTY OR REPRESENTATION WITH RESPECT TO THE COMPLETENESS, SECURITY, RELIABILITY, QUALITY, ACCURACY OR AVAILABILITY OF THE ONLINE LEASING

APPLICATION. WITHOUT LIMITING THE FOREGOING, NEITHER AIR NOR ANYONE

ASSOCIATED WITH AIR REPRESENTS OR WARRANTS THAT THE ONLINE LEASING APPLICATION, ITS CONTENT OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE ONLINE LEASING APPLICATION WILL BE ACCURATE, RELIABLE, ERROR-FREE OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, THAT THE ONLINE LEASING APPLICATION OR THE SERVER THAT MAKES IT AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS OR THAT THE ONLINE LEASING APPLICATION OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE ONLINE LEASING APPLICATION WILL OTHERWISE MEET YOUR NEEDS OR EXPECTATIONS. AIR HEREBY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT AND FITNESS FOR PARTICULAR PURPOSE. THE FOREGOING DOES NOT AFFECT ANY WARRANTIES WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

**Limitation on Liability**

IN NO EVENT WILL AIR, ITS AFFILIATES OR THEIR LICENSORS, SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS OR DIRECTORS BE LIABLE FOR DAMAGES OF ANY KIND, UNDER ANY LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH YOUR USE, OR INABILITY TO USE, THE ONLINE LEASING APPLICATION, ANY WEBSITES LINKED TO IT, ANY CONTENT ON THE ONLINE LEASING APPLICATION OR SUCH OTHER WEBSITES OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE ONLINE LEASING APPLICATION OR SUCH OTHER WEBSITES, INCLUDING ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING BUT NOT LIMITED TO, PERSONAL INJURY, PAIN AND SUFFERING, EMOTIONAL DISTRESS, LOSS OF REVENUE, LOSS OF PROFITS, LOSS OF BUSINESS OR ANTICIPATED SAVINGS, LOSS OF USE, LOSS OF GOODWILL, LOSS OF DATA, AND WHETHER CAUSED BY TORT (INCLUDING NEGLIGENCE), BREACH OF CONTRACT OR OTHERWISE, EVEN IF FORESEEABLE. THE FOREGOING DOES NOT AFFECT ANY LIABILITY WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

**Indemnification**

You agree to defend, indemnify and hold harmless AIR, its affiliates, licensors and service providers, and its and their respective officers, directors, members, managers, partners, shareholders, employees, contractors, agents, licensors, suppliers, successors and assigns from and against any claims, liabilities, damages, judgments, awards, losses, costs, expenses or fees (including reasonable attorneys' fees) arising out of or relating to your violation of these Terms of Use or your use of the Online Leasing Application, including, but not limited to, your user contributed information or material, any use of the Online Leasing Application's content, services and products other than as expressly authorized in these Terms of Use or your use of any information obtained from the Online Leasing Application

**Governing Law and Jurisdiction**

All matters relating to the Online Leasing Application and these Terms of Use and any dispute or claim arising therefrom or related thereto (in each case, including non-contractual disputes or claims), shall be governed by and construed in accordance with the internal laws of the State of Colorado without giving effect to any choice or conflict of law provision or rule of the State of Colorado or any other jurisdiction. You and AIR hereby irrevocably and unconditionally submit to the jurisdiction of courts located within the county of Denver, Colorado, or the United States District Court for the District of Colorado for purposes of all legal proceedings arising out of or relating to these Terms of Use and agree not to commence any legal proceedings related thereto except in such court. You and AIR irrevocably waive, to the fullest extent permitted by law, any objection that you/it may now or hereafter have to the laying of the venue of any proceeding brought in any such court or any claim that a legal proceeding commenced in such court has been brought in an inconvenient forum.

**Waiver and Severability**

No waiver by AIR of any term or condition set forth in these Terms of Use shall be deemed a further or continuing waiver of such term or condition or a waiver of any other term or condition, and any failure of AIR to assert a right or provision under these Terms of Use shall not constitute a waiver of such right or provision.

If any provision of these Terms of Use is held by a court or other tribunal of competent jurisdiction to be invalid, illegal or unenforceable for any reason, such provision shall be eliminated or limited to the

minimum extent such that the remaining provisions of the Terms of Use will continue in full force and effect.

**Entire Agreement**

The Terms of Use, our Privacy Policy, Screening Consent Form, Rental and Approval Requirements, and Certification for Residency constitute the sole and entire agreement between you and AIR with respect to the Online Leasing Application and supersede all prior and contemporaneous understandings, agreements, representations and warranties, both written and oral, with respect to the Online Leasing Application.

**Time Limitation**

You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to these Terms of Use or use of the Online Leasing Application must be filed within two (2) years after such claim or cause of action arose or be forever barred.

**Headings**

The section headings and sub-headings contained in these Terms of Use are for convenience only and have no legal or contractual effect.

AIR COMMUNITIES ONLINE LEASING TERMS OF USE

**Acceptance of the Terms of Use**

These terms of use are entered into by and between you and AIR COMMUNITIES Properties, L.P. ("**AIR Communities**", "**we**" or "**us**"). The following terms and conditions, together with our Privacy Policy, the Screening Consent Form, Rental and Approval Requirements, and Certification for Residence, which are expressly incorporated herein by reference, (collectively, these "**Terms of Use**"), govern your access to and use of the AIR Communities Online Leasing web application, including any content, functionality and services offered on or through the AIR Communities Online Leasing web application (the "**Online Leasing Application**"), whether as a guest or a registered user.

Please read the Terms of Use carefully before you start to use the Online Leasing Application. **By clicking to accept or agree to the Terms of Use, you accept and agree to be bound and abide by these Terms of Use**. If you do not want to agree to these Terms of Use, you must not access or use the Online Leasing Application.

This Online Leasing Application is offered and available to users who are 18 years of age or older. By using this Online Leasing Application, you represent and warrant that you are of legal age to form a binding contract with AIR Communities. If you do not meet all of these requirements, you must not access or use the Online Leasing Application.

**Changes to the Terms of Use**

We may revise and update these Terms of Use from time to time in our sole discretion. All changes are effective immediately when we post them, and apply to all access to and use of the Online Leasing Application thereafter. However, any changes to the dispute resolution provisions set forth in Governing Law and Jurisdiction will not apply to any disputes for which the parties have actual notice on or prior to the date the change is posted on the Online Leasing Application.

Your continued use of the Online Leasing Application following the posting of revised Terms of Use means that you accept and agree to the changes. You are expected to check this page from time to time so you are aware of any changes, as they are binding on you.

**Accessing the Online Leasing Application and Account Security**

We reserve the right to withdraw or amend this Online Leasing Application, and any service or material we provide on the Online Leasing Application, in our sole discretion without notice. We will not be liable if for any reason all or any part of the Online Leasing Application is unavailable at any time or for any period. From time to time, we may restrict access to some parts of the Online Leasing Application, or the entire Online Leasing Application, to users, including registered users.

You are responsible for:

- Making all arrangements necessary for you to have access to the Online Leasing Application.
- Ensuring that all persons who access the Online Leasing Application through your internet connection are aware of these Terms of Use and comply with them.

To access the Online Leasing Application or some of the resources it offers, you may be asked to provide certain registration details or other information. It is a condition of your use of the Online Leasing Application that all the information you provide on the Online Leasing Application is correct, current and complete. You agree that all information you provide to register with this Online Leasing Application or otherwise, including but not limited to through the use of any interactive features on the Online Leasing Application, is governed by our Privacy Policy, information consistent with our Privacy Policy.

If you choose, or are provided with, a user name, password or any other piece of information as part of our security procedures, you must treat such information as confidential, and you must not disclose it to any other person or entity. You also acknowledge that your account is personal to you and agree not to provide any other person with access to this Online Leasing Application or portions of it using your user name, password or other security information. You agree to notify us immediately of any unauthorized access to or use of your user name or password or any other breach of security. You also agree to ensure that you exit from your account at the end of each session. You should use particular caution when accessing your account from a public or shared computer so that others are not able to view or record your password or other personal information.

We have the right to disable any user name, password or other identifier, whether chosen by you or provided by us, at any time in our sole discretion for any or no reason, including if, in our opinion, you have violated any provision of these Terms of Use.

**Online Payments**

The Online Leasing Application may provide an online payment platform for the payment of rents, property fees, and other expenses via automated clearing house (ACH), debit card, credit card, or other methods. By providing your payment account information, and creating payment instructions, you authorize us to process the transactions and debit your account(s) for any and all amounts and fees as disclosed in the platform. You understand and agree that it is your responsibility to authorize payments in such a manner that the rent, property fees, and other expenses will be paid on time and that the property owner or manager will receive your payment no later than the designated due date as set forth in the payment platform. In no event shall we be liable for any claims, damages, or fees incurred as a result of your failure to schedule payment instructions in accordance with your lease and corresponding due dates or grace periods.

**Intellectual Property Rights**

The Online Leasing Application and its entire contents, features and functionality (including but not limited to all information, software, text, displays, images, video and audio, and the design, selection and arrangement thereof), are owned by AIR Communities, its licensors or other providers of such material and are protected by United States and international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws.

These Terms of Use permit you to use the Online Leasing Application for your personal, non-commercial use only. You must not reproduce, distribute, modify, create derivative works of, publicly display, publicly perform, republish, download, store or transmit any of the material on our Online Leasing Application, except as follows:

- Your computer may temporarily store copies of such materials in RAM incidental to your accessing and viewing those materials.
- You may store files that are automatically cached by your Web browser for display enhancement purposes.
- You may print or download one copy of a reasonable number of pages of the Online Leasing Application for your own personal, non-commercial use and not for further reproduction, publication or distribution.

You must not:

- Modify copies of any materials from this site.
- Use any illustrations, photographs, video or audio sequences or any graphics separately from the accompanying text.
- Delete or alter any copyright, trademark or other proprietary rights notices from copies of materials from this site.

You must not access or use for any commercial purposes any part of the Online Leasing Application or any services or materials available through the Online Leasing Application.

If you print, copy, modify, download or otherwise use or provide any other person with access to any part of the Online Leasing Application in breach of the Terms of Use, your right to use the Online Leasing Application will cease immediately and you must, at our option, return or destroy any copies of the materials you have made. No right, title or interest in or to the Online Leasing Application or any content on the Online Leasing Application is transferred to you, and all rights not expressly granted are reserved by AIR Communities. Any use of the Online Leasing Application not expressly permitted by these Terms of Use is a breach of these Terms of Use and may violate copyright, trademark and other laws.

**Trademarks**

The AIR Communities name, logos, community names, product and service names, designs and slogans are trademarks of AIR Communities or its affiliates or licensors. You must not use such marks without the prior written permission of AIR Communities. All other names, logos, product and service names, designs and slogans on this Online Leasing Application are the trademarks of their respective owners.

**Prohibited Uses**

You may use the Online Leasing Application only for lawful purposes and in accordance with these Terms of Use. You agree not to use the Online Leasing Application:

- In any way that violates any applicable federal, state, local or international law or regulation.
- To send, knowingly receive, upload, download, use or re-use any material which does not comply with the Content Standards set out in these Terms of Use.
- To transmit, or procure the sending of, any advertising or promotional material, including any "junk mail", "chain letter" or "spam" or any other similar solicitation.
- To impersonate or attempt to impersonate AIR Communities, an AIR Communities employee, another user or any other person or entity (including, without limitation, by using e-mail addresses or screen names associated with any of the foregoing).
- To engage in any other conduct that restricts or inhibits anyone's use or enjoyment of the Online Leasing Application, or which, as determined by us, may harm AIR Communities or users of the Online Leasing Application or expose them to liability.

Additionally, you agree not to:

- Use the Online Leasing Application in any manner that could disable, overburden, damage, or impair the site or interfere with any other party's use of the Online Leasing Application, including their ability to engage in real time activities through the Online Leasing Application.
- Use any robot, spider or other automatic device, process or means to access the Online Leasing Application for any purpose, including monitoring or copying any of the material on the Online Leasing Application.
- Use any manual process to monitor or copy any of the material on the Online Leasing Application or for any other unauthorized purpose without our prior written consent.
- Use any device, software or routine that interferes with the proper working of the Online Leasing Application.
- Introduce any viruses, trojan horses, worms, logic bombs, code, commands or other material which is malicious or technologically harmful.
- Attempt to gain unauthorized access to, interfere with, damage or disrupt any parts of the Online Leasing Application, the server on which the Online Leasing Application is stored, or any server, computer or database connected to or otherwise associated with the Online Leasing Application.
- Attack the Online Leasing Application via a denial-of-service attack or a distributed denial-of- service attack.
- Otherwise attempt to interfere with the proper working of the Online Leasing Application.

**Monitoring and Enforcement; Termination**

We have the right to:

- Remove or refuse to post any user contributed information for any or no reason in our sole discretion.
- Disclose your identity or other information about you to any third party who claims that material posted by you violates their rights, including their intellectual property rights or their right to privacy.
- Take appropriate legal action, including without limitation, referral to law enforcement, for any illegal or unauthorized use of the Online Leasing Application.
- Terminate or suspend your access to all or part of the Online Leasing Application for any or no reason, including without limitation, any violation of these Terms of Use.

Without limiting the foregoing, we have the right to fully cooperate with any law enforcement authorities or court order requesting or directing us to disclose the identity or other information of anyone posting any materials on or through the Online Leasing Application. YOU WAIVE AND HOLD HARMLESS AIR COMMUNITIES AND ITS AFFILIATES, LICENSEES AND SERVICE PROVIDERS FROM ANY CLAIMS RESULTING FROM ANY ACTION TAKEN BY AIR COMMUNITIES OR ANY OF THE FOREGOING PARTIES DURING OR AS A RESULT OF ITS INVESTIGATIONS AND FROM ANY ACTIONS TAKEN AS A CONSEQUENCE OF INVESTIGATIONS BY EITHER AIR COMMUNITIES, SUCH PARTIES, OR LAW ENFORCEMENT AUTHORITIES.

However, we do not undertake to review all material before it is posted on the Online Leasing Application, and cannot ensure prompt removal of objectionable material after it has been posted. Accordingly, we assume no liability for any action or inaction regarding transmissions, communications or

content provided by any user or third party. We have no liability or responsibility to anyone for performance or nonperformance of the activities described in this section.

**Content Standards**

These content standards apply to any and all user contributed information or material and use of interactive services. User contributed information or material must in its entirety comply with all applicable federal, state, local and international laws and regulations. Without limiting the foregoing, user contributed information or material must not:

- Contain any material which is defamatory, obscene, indecent, abusive, offensive, harassing, violent, hateful, inflammatory or otherwise objectionable.
- Promote sexually explicit or pornographic material, violence, or discrimination based on race, sex, religion, nationality, disability, sexual orientation or age.
- Infringe any patent, trademark, trade secret, copyright or other intellectual property or other rights of any other person.
- Violate the legal rights (including the rights of publicity and privacy) of others or contain any material that could give rise to any civil or criminal liability under applicable laws or regulations or that otherwise may be in conflict with these Terms of Use and our Privacy Policy.
- Be likely to deceive any person.
- Promote any illegal activity, or advocate, promote or assist any unlawful act.
- Cause annoyance, inconvenience or needless anxiety or be likely to upset, embarrass, alarm or annoy any other person.
- Impersonate any person, or misrepresent your identity or affiliation with any person or organization.
- Involve commercial activities or sales, such as contests, sweepstakes and other sales promotions, barter or advertising.
- Give the impression that they emanate from or are endorsed by us or any other person or entity, if this is not the case.

**Notice And Procedure For Copyright Infringement Claim**

Pursuant to 17 U.S.C. Section 512, as amended by Title II of the Digital Millennium Copyright Act (the "**Act**"), AIR Communities reserves the right, but not the obligation, to terminate your right to use the Online Leasing Application if AIR Communities determines in its sole and absolute discretion that you are involved in any activity that may be infringing, including alleged acts of infringement, regardless of whether the material or activity is ultimately determined to be infringing. AIR Communities accommodates and does not interfere with standard technical measures used by copyright owners to protect their materials. In addition, pursuant to 17 U.S.C. Section 512(c), as amended, AIR Communities has implemented or will implement procedures for receiving written notification of claimed infringements and for processing such claims in accordance with the Act. The designated agent of AIR Communities to receive notification of claimed infringement is:

Kenneth A.
Diamond 4852 S.
Ulster Street
Suite 1100
Denver, Colorado 80237
Phone: 1-888-789-8600
Facsimile: 1-303-759-3226
E-mail: DMCAagent@aimco.com

AIR Communities respects the intellectual property of others, and we ask our users to do the same. If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide the designated agent listed above with the following information: (i) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest; (ii) a description of the copyrighted work or other intellectual property that you claim has been infringed; (iii) a description of where the material that you claim is infringing is located on the Site; (iv) your address, telephone number, and email address; (v) a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and (vi) a statement by you, made

under penalty of perjury, that the above information in your notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

**Fair Housing/Equal Housing Opportunity**

AIR Communities is an Equal Housing Opportunity company, which means AIR Communities (as well as all of our affiliated entities and employees) complies with the Fair Housing Act and other applicable federal, state and local anti-housing discrimination laws. The federal Fair Housing Act prohibits discrimination in housing because of:

Race/Color
National origin
Religion
Sex
Familial Status
Handicap (or disability)

AIR Communities also operates in states and local jurisdictions that have additional fair housing laws and more protected classes. AIR Communities is responsible for complying with those laws and regulations as well.

All rental properties identified in this Online Leasing Application are subject to the federal Fair Housing Act and its state law counterparts. AIR Communities will not knowingly permit or allow any discriminatory conduct in the rental of its properties that violates applicable law. Complaints concerning discriminatory practices in housing may be filed with the local office of the U.S. Department of Housing and Urban Development ("HUD") or by calling HUD toll free at 800-669-9777 (voice) or 800-927-9275 (TDD). HUD maintains extensive fair housing information on the internet which can be accessed on the internet here.

**Reliance on Information Posted**

The information presented on or through the Online Leasing Application is made available solely for general information purposes. We do not warrant the accuracy, completeness or usefulness of this information. Any reliance you place on such information is strictly at your own risk. We disclaim all liability and responsibility arising from any reliance placed on such materials by you or any other visitor to the Online Leasing Application, or by anyone who may be informed of any of its contents.

This Online Leasing Application may include content provided by third parties, including materials provided by other users and third-party licensors, syndicators, aggregators and/or reporting services. All statements and/or opinions expressed in these materials, and all articles and responses to questions and other content, other than the content provided by AIR Communities, are solely the opinions and the responsibility of the person or entity providing those materials. These materials do not necessarily reflect the opinion of AIR Communities. We are not responsible, or liable to you or any third party, for the content or accuracy of any materials provided by any third parties.

**Changes to the Online Leasing Application**

We may update the content on this Online Leasing Application from time to time, but its content is not necessarily complete or up-to-date. Any of the material on the Online Leasing Application may be out of date at any given time, and we are under no obligation to update such material.

**Disclaimer of Warranties**

You understand that we cannot and do not guarantee or warrant that files available for downloading from the internet or the Online Leasing Application will be free of viruses or other destructive code. You are responsible for implementing sufficient procedures and checkpoints to satisfy your particular requirements for anti-virus protection and accuracy of data input and output, and for maintaining a means external to our site for any reconstruction of any lost data. WE WILL NOT BE LIABLE FOR ANY LOSS OR DAMAGE CAUSED BY A DISTRIBUTED DENIAL-OF-SERVICE ATTACK, VIRUSES OR OTHER TECHNOLOGICALLY HARMFUL MATERIAL THAT MAY INFECT YOUR COMPUTER EQUIPMENT, COMPUTER PROGRAMS, DATA OR OTHER PROPRIETARY MATERIAL DUE TO YOUR USE OF THE ONLINE LEASING APPLICATION OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE ONLINE LEASING APPLICATION OR TO YOUR DOWNLOADING OF ANY MATERIAL POSTED ON IT, OR ON ANY WEBSITE LINKED TO IT. YOUR USE OF THE ONLINE LEASING APPLICATION, ITS CONTENT AND ANY SERVICES OR ITEMS OBTAINED THROUGH THE ONLINE LEASING

APPLICATION IS AT YOUR OWN RISK. THE ONLINE

LEASING APPLICATION, ITS CONTENT AND ANY SERVICES OR ITEMS OBTAINED THROUGH THE ONLINE LEASING APPLICATION ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT ANY WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. NEITHER AIR COMMUNITIES NOR ANY PERSON ASSOCIATED WITH AIR COMMUNITIES MAKES ANY WARRANTY OR REPRESENTATION WITH RESPECT TO THE COMPLETENESS, SECURITY, RELIABILITY, QUALITY, ACCURACY OR AVAILABILITY OF THE ONLINE LEASING APPLICATION. WITHOUT LIMITING THE FOREGOING, NEITHER AIR COMMUNITIES NOR ANYONE ASSOCIATED WITH AIR COMMUNITIES REPRESENTS OR WARRANTS THAT THE ONLINE LEASING APPLICATION, ITS CONTENT OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE ONLINE LEASING APPLICATION WILL BE ACCURATE, RELIABLE, ERROR-FREE OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, THAT THE ONLINE LEASING APPLICATION OR THE SERVER THAT MAKES IT AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS OR THAT THE ONLINE LEASING APPLICATION OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE ONLINE LEASING APPLICATION WILL OTHERWISE MEET YOUR NEEDS OR EXPECTATIONS.

AIR COMMUNITIES HEREBY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT AND FITNESS FOR PARTICULAR PURPOSE.

THE FOREGOING DOES NOT AFFECT ANY WARRANTIES WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

**Limitation on Liability**

IN NO EVENT WILL AIR COMMUNITIES, ITS AFFILIATES OR THEIR LICENSORS, SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS OR DIRECTORS BE LIABLE FOR DAMAGES OF ANY KIND, UNDER ANY LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH YOUR USE, OR INABILITY TO USE, THE ONLINE LEASING APPLICATION, ANY WEBSITES LINKED TO IT, ANY CONTENT ON THE ONLINE LEASING APPLICATION OR SUCH OTHER WEBSITES OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE ONLINE LEASING APPLICATION OR SUCH OTHER WEBSITES, INCLUDING ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING BUT NOT LIMITED TO, PERSONAL INJURY, PAIN AND SUFFERING, EMOTIONAL DISTRESS, LOSS OF REVENUE, LOSS OF PROFITS, LOSS OF BUSINESS OR ANTICIPATED SAVINGS, LOSS OF USE, LOSS OF GOODWILL, LOSS OF DATA, AND WHETHER CAUSED BY TORT (INCLUDING NEGLIGENCE), BREACH OF CONTRACT OR OTHERWISE, EVEN IF FORESEEABLE.

THE FOREGOING DOES NOT AFFECT ANY LIABILITY WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

**Indemnification**

You agree to defend, indemnify and hold harmless AIR Communities, its affiliates, licensors and service providers, and its and their respective officers, directors, members, managers, partners, shareholders, employees, contractors, agents, licensors, suppliers, successors and assigns from and against any claims, liabilities, damages, judgments, awards, losses, costs, expenses or fees (including reasonable attorneys' fees) arising out of or relating to your violation of these Terms of Use or your use of the Online Leasing Application, including, but not limited to, your user contributed information or material, any use of the Online Leasing Application's content, services and products other than as expressly authorized in these Terms of Use or your use of any information obtained from the Online Leasing Application.

**Governing Law and Jurisdiction**

All matters relating to the Online Leasing Application and these Terms of Use and any dispute or claim arising therefrom or related thereto (in each case, including non-contractual disputes or claims), shall be governed by and construed in accordance with the internal laws of the State of Colorado without giving effect to any choice or conflict of law provision or rule of the State of Colorado or any other jurisdiction. You and AIR Communities hereby irrevocably and unconditionally submit to the jurisdiction of courts located within the county of Denver, Colorado, or the United States District Court for the District of Colorado for purposes of all legal proceedings arising out of or relating to these Terms of Use and agree not to commence any legal proceedings related thereto except in such court. You and AIR Communities irrevocably waive, to the fullest extent permitted by law, any objection that you/it may now or hereafter

have to the laying of the venue of any proceeding brought in any such court or any claim that a legal proceeding commenced in such court has been brought in an inconvenient forum.

**Waiver and Severability**

No waiver by AIR Communities of any term or condition set forth in these Terms of Use shall be deemed a further or continuing waiver of such term or condition or a waiver of any other term or condition, and any failure of AIR Communities to assert a right or provision under these Terms of Use shall not constitute a waiver of such right or provision.

If any provision of these Terms of Use is held by a court or other tribunal of competent jurisdiction to be invalid, illegal or unenforceable for any reason, such provision shall be eliminated or limited to the minimum extent such that the remaining provisions of the Terms of Use will continue in full force and effect.

**Entire Agreement**

The Terms of Use, our Privacy Policy, Screening Consent Form, Rental and Approval Requirements, and Certification for Residency constitute the sole and entire agreement between you and AIR Communities with respect to the Online Leasing Application and supersede all prior and contemporaneous understandings, agreements, representations and warranties, both written and oral, with respect to the Online Leasing Application.

**Time Limitation**

You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to these Terms of Use or use of the Online Leasing Application must be filed within two (2) years after such claim or cause of action arose or be forever barred.

**Headings**

The section headings and sub-headings contained in these Terms of Use are for convenience only and have no legal or contractual effect.

AIR COMMUNITIES

**RESIDENT SELECTION CRITERIA
AND DISCLOSURES**

(California)

**Overall Standards**

**Fair Housing:** This community does not discriminate on the basis of race, color, religion, national origin, religion, sex, sexual orientation, gender identity, familial status, disability, or any other class protected by applicable federal, state, or local law.

**Identification:** All visitors and applicants must provide a valid driver's license or other U.S. or state-government issued photo identification in order to view and/or move into the community. Non-U.S. citizens must provide a valid passport or valid visa.

**Recurring Direct Debit:** As a condition of residency, applicant shall register for direct debit online through the Landlord's resident portal or complete an automatic debit form provided by Landlord, authorizing Landlord to establish arrangements for the transfer of payments of rent, utilities and other recurring monthly charges by ACH debit initiated by Landlord from an account in the name of Resident established at a United States bank.

**Applicability:** All persons who will be signing the Lease Agreement must complete an Application for Residency ("Application") and meet the Resident Selection Criteria, and will be fully responsible for the rent obligations of the Lease Agreement if the occupying resident(s) defaults.

**Application Standards and Process**

**Application for Residency:** Each person who will be living in the apartment and who is 18 years or older must complete an Application. The amount of the application fee is set forth in the application and is used to pay for costs of screening the applicant. The application fee will be collected before an application can be processed.

**Types of Information Used In Screening:**

Landlord shall make a decision to rent to or reject an applicant only after reviewing the applicant's specific Application and conducting an individualized assessment of the applicant based on uniform screening criteria. Landlord will use the following information in determining whether an Application will be approved or denied:

Income: Applicants must have a gross income source that can be verified and meets the minimum income requirements for the apartment being leased. Applicants will be required to provide income verification, primary sources of which may include pay stubs and personal bank account statements. Landlord may accept secondary verification documents including a letter from an employer, the most recent W2, the most recent tax return, documentation of a government stipend, and/or business bank account statements with proof of ownership. Except for applicants who receive or who will occupy an apartment unit that receives subsidies or voucher assistance, an applicant's gross income must be equal to or greater than three times the monthly rent.

Credit History: Landlord may investigate and verify credit history. Landlord evaluates credit history information for indicators of future rent payment performance such as past or current bad debts, late payments or unpaid bills, liens, judgments or bankruptcies relevant to fitness as a tenant. Having a pending bankruptcy or an outstanding amount owed to another rental property will result in an automatic denial.

Under California law, applicants with a government rent subsidy have the option, at the applicant's discretion, of providing lawful, verifiable alternative evidence of the applicant's reasonable ability to pay the portion of the rent to be paid by the tenant, including, but not limited to, government benefit payments, pay records, and bank statements. If an eligible applicant elects to submit such alternative evidence, Landlord will reasonably consider that alternative evidence in lieu of the applicant's credit history in determining whether to approve the application. Please refer to the Application for additional information about this option and how to elect it.

An applicant rejected for unsatisfactory credit is encouraged to obtain a copyof the credit report from the credit reporting agency, correct any erroneous information that may be on the report, and resubmit an application. Landlord obtains applicant credit reports from:

Resident Verify
4205 Chapel Ridge Rd.
Lehi, UT 84043
Phone: 866-698-0661

Rental History: Information regarding payment and rental history of each applicant will be collected and reviewed by Landlord. Landlord may consider an applicant's eviction record as part of Landlord's evaluation of the Application.

Employment History: Landlord will confirm employment and reported salary/wage level.

Criminal History: Applicants and occupants will not be accepted if they do not satisfy Landlord's criminal history background investigation authorized by the residency application. Landlord conducts the criminal history background investigation and uses the information obtained in compliance with all applicable laws. Landlord does not guarantee or represent that all residents and/or occupants currently residing at the community do not have criminal records.

**Adverse Action:** If Landlord denies an Application or takes any other adverse action, it will provide the applicant a written or electronic document setting forth a plain statement of all reasons for the denial of the application from residing within our communities. An applicant may request reconsideration of a denial by providing to Landlord, within 3 days after receiving the denial, (a) evidence that the information relied upon by Landlord was inaccurate or incorrectly attributed to the applicant, or (b) evidence of mitigating circumstances relating to the grounds for denial. Landlord will reasonably consider such evidence.

________________________________________ ____________________
Applicant Signature Date

10/25/24 14:23 PM
ESIGN
Florence Assalit
Primary-ID: [redacted]5903
IP 75.82.108.156

residentverify

## Consumer Authorization

In connection with my application as a tenant, I hereby authorize the above named Property and its designated agents and representatives, Resident Verify, LLC, 4205 Chapel Ridge Rd, Lehi, UT 84043, to conduct a background investigation to obtain information relating to my character, work habits, performance and to verify the accuracy of the information which I have provided on my rental application or lease.

I understand the scope of the investigation may include, but will not be limited to the following: Character References, Hard Inquiry to pull Consumer Credit History (in compliance with the Fair Credit Reporting Act), Joint Score of Applicants, Criminal Records, Civil Court Records, Current and Past Residence Verifications, Social Security Trace, Driving Records and additional services.

I understand that I must provide my date of birth to adequately complete said screening and acknowledge that my date of birth will not affect any residency decisions.

I authorize, without reservation, any law enforcement agency, business, individual, school, employer, information service bureau or public agency to release any and all information, verbal or written, pertaining to me.

I acknowledge that an electronic, facsimile or photographic copy shall be as valid as the original. This release is valid for federal, state and county agencies.

**Identity Verification:**

If the property at which you are applying uses ResidentVerify’s identity verification services, you understand and agree that by e-signing this authorization, you are providing ‘written instructions’ to the property under the Fair Credit Reporting Act, authorizing the property to obtain information from your personal credit profile or other information from Experian, for the purpose of verifying your identity to avoid fraudulent transactions in your name.

In connection with this verification of your identity, you will be asked to provide additional information for the purpose of verifying your identity. Any information you provide in response to such a request and any information in your application for residence that relates to the provision of these services will be shared by us with one or more of the three major credit bureaus to support your transactions and for fraud avoidance purposes.

If you are asked to verify your phone number and account, you authorize your wireless operator to disclose to us your account, subscriber, device, and billing information, if available, to support the verification of your identity. Where applicable, this information may also be shared by us with other companies solely to support your transactions and for fraud avoidance purposes.

**Notice to City of Berkeley applicants only:**
The tenant screening investigation will include a criminal background screening that is limited to only the Sex Offender Registry operated by the State of California Department of Justice. Your signature below will serve as your written consent to this search.

**Notice to City of Oakland applicants only:**

The tenant screening investigation will include a criminal background screening that is limited to only the Sex Offender Registry operated by the State of California Department of Justice. Your signature below will serve as your written consent to this search.

**State of Washington applicants or tenants only:** You have the right to receive a complete and accurate disclosure of the nature and scope of any investigative consumer report as well as a written summary of rights of your rights and remedies under Washington law.

**Notice to City of Seattle applicants only:**

The tenant screening investigation includes a criminal background screening, limited to sex offender registry information only. All applicants will be screened for registry information. Housing Provider considers the entire application and considers prior convictions reportable under the Fair Credit Reporting Act and rules of Washington, limited to those appearing on a local, state, or national registry only. Consideration will be given to the following factors relating to the conviction(s) that requires registry on a local, state, or national sex offender registry:

(1) The nature and severity of the conviction;

(2) The number and types of convictions;

(3) The time that has elapsed since the date of conviction;

(4) Age of the individual at the time of convictions;

(5) Evidence of good tenant history before and/or after the conviction occurred; and

(6) Any supplemental information related to the individual's rehabilitation, good conduct, and additional facts or explanations provided by the individual.

**New York and Maine applicants or tenants only:** You have the right to inspect and receive a copy of any investigative consumer report requested by the Company by contacting the consumer reporting agency identified above directly.

**Summary of Rights Under California Code 1786.22**

This is a summary of your rights under California Code 1786.22. If you have questions or would like to request a copy of your consumer report, please contact Resident Verify by writing to the address 4205 Chapel Ridge Road, Lehi UT 84043 or by calling 866-698-0661. We will supply files and information that you have a right to inspect during normal business hours and on reasonable notice.

You have the right to request a copy of your consumer report as well as a summary of all information contained in your file, as required under the California Civil code. The requested information will be provided by telephone, if you have made a written request, with Proper Identification for telephone disclosure, and the toll charge, if any, for the telephone call if prepaid or charged directly to you.

All files the agency maintains on you will be made available for your visual inspection, as follows:

In person, if you appear in person and furnish proper identification, for copies to be sent to a specified address. However, agencies complying for a request for such a mailing will not be liable for disclosures to third parties caused by mishandling of mail after it leaves the Agency.

A summary of all information contained in your file and required to be provided to you under the California Civil code will be provided by telephone, if you have made a written request, with proper identification for telephone disclosure, and the toll charge, if any, for the telephone call is prepaid or charged directly to you.

"Proper identification" includes documents such as valid driver's license, social security number, military identification card, and credit cards. Only if you cannot identify yourself with such information may the Agency require additional information concerning your employment and personal or family history in order to verify his identity.

The Agency will provide trained personnel to explain any information furnished to you pursuant to § 1786.10

The Agency will provide a written explanation of any coded information in your file. This written explanation shall be distributed whenever a file is provided to you for visual inspection.

One other person of your choice may accompany you when you come to inspect your file. This person must furnish reasonable identification. The Agency may require you to furnish a written statement granting permission to the Agency to discuss your file in your companion presence.

**Disclosure to Consumers under Vermont Code 2480b**

( **Applicable to consumers for whom a consumer credit report was requested)**

(1) Under Vermont law, you are allowed to receive one free copy of your credit report every 12 months from each credit reporting agency. If you would like to obtain your free credit report from Resident Verify, LLC, you should contact us by [writing to the following address: 4205 Chapel Ridge Rd, Lehi, UT 84043 or [calling the following number: (866) 698-0661 or both].

(2) Under Vermont law, no one may access your credit report without your permission except under the following limited circumstances:

(A) in response to a court order;

(B) for direct mail offers of credit;

(C) if you have given ongoing permission and you have an existing relationship with the person requesting a copy of your credit report;

(D) where the request for a credit report is related to an education loan made, guaranteed, or serviced by the Vermont Student Assistance Corporation;

(E) where the request for a credit report is by the Office of Child Support Services when investigating a child support case;

(F) where the request for a credit report is related to a credit transaction entered into prior to January 1, 1993; and

(G) where the request for a credit report is by the Vermont State Tax Department and is used for the purpose of collecting or investigating delinquent taxes.

(3) If you believe a law regulating consumer credit reporting has been violated, you may file a complaint with the Vermont Attorney General's Consumer Assistance Program, 104 Morrill Hall, University of Vermont, Burlington, Vermont 05405.

You have a right to place a "security freeze" on your credit report pursuant to 9 V.S.A. § 2480h at no charge if you are a victim of identity theft. All other Vermont consumers will pay a fee to the credit reporting agency of up to $10.00 to place the freeze on their credit report. The security freeze will prohibit a credit reporting agency from releasing any information in your credit report without your express authorization. A security freeze must be requested in writing by certified mail.

The security freeze is designed to help prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a

security freeze to take control over who gains access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding new loans, credit, mortgage, insurance, government services or payments, rental housing, employment, investment, license, cellular phone, utilities, digital signature, internet credit card transaction, or other services, including an extension of credit at point of sale.

When you place a security freeze on your credit report, within ten business days you will be provided a personal identification number or password to use if you choose to remove the freeze on your credit report or authorize the release of your credit report for a specific party, parties or period of time after the freeze is in place. To provide that authorization, you must contact the credit reporting agency and provide all of the following:

(1) The unique personal identification number or password provided by the credit reporting agency.

(2) Proper identification to verify your identity.

(3) The proper information regarding the third party or parties who are to receive the credit report or the period of time for which the report shall be available to users of the credit report.

A credit reporting agency may charge a fee of up to $5.00 to a consumer who is not a victim of identity theft to remove the freeze on your credit report or authorize the release of your credit report for a specific party, parties, or period of time after the freeze is in place. For a victim of identity theft, there is no charge when the victim submits a copy of a police report, investigative report, or complaint filed with a law enforcement agency about unlawful use of the victim's personal information by another person.

A credit reporting agency that receives a request from a consumer to lift temporarily a freeze on a credit report shall comply with the request no later than three business days after receiving the request.

A security freeze will not apply to "preauthorized approvals of credit." If you want to stop receiving preauthorized approvals of credit, you should call (866) 698-0661.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account, provided you have previously given your consent to this use of your credit reports. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

You have a right to bring a civil action against someone who violates your rights under the credit reporting laws. The action can be brought against a credit reporting agency or a user of your credit report."

(d) The information required to be disclosed by this section shall be disclosed in writing. The information required to be disclosed pursuant to subsection (c) of this section shall be disclosed on one side of a separate document, with text no smaller than that prescribed by the Federal Trade Commission for the notice required under 15 U.S.C. §

1681q. The information required to be disclosed pursuant to subsection (c) of this section may accurately reflect changes in numerical items that change over time (such as the phone number or address of Vermont State agencies), and remain in compliance.

10/25/24 14:23 PM
ESIGN
Florence Assalit
Primary-ID: [redacted]5903
IP 75.82.108.156

residentverify

## Agreement to Conduct an Electronic Transaction

The parties to this Electronic Document Delivery agreement ("Electronic Agreement") are the applicant/ resident ("you") and Resident Verify, LLC. ("Resident Verify"), and (collectively "us" or "we"). The parties agree to the following:

1. Electronic delivery. Resident Verify will electronically deliver to you requested information related to your application for residency or disclosure pursuant to any laws, acts, regulations or statutes with regards to consumer reporting and/or dispute communication. Resident Verify will electronically deliver a copy of your consumer report and/or dispute communication until either party modifies or cancels this Electronic Agreement. You will receive a copy of your consumer report and/or dispute communication electronically in lieu of receiving hard copies through the U.S. Mail.

2. Paper copy. You may obtain a hard copy of your consumer report and/or dispute communication at any time and at no cost by contacting Resident Verify and requesting a paper copy. This can be accomplished in the following ways: by phone (866)- 698-0661, by email consumerrequests@entrata.com, or in writing at 4205 Chapel Ridge Rd, Lehi, Ut 84043.

3. Termination. You may terminate this Electronic Agreement by contacting Resident Verify through any of the following ways: by phone at (866)-698-0661, by email at consumerrequests@entrata.com, or in writing at 4205 Chapel Ridge Rd, Lehi, Ut 84043. After Resident Verify processes the termination we will provide only hard copies of the consumer report and/or dispute communication to you, in paper form via the U.S. Mail at the address you provide us. If this Electronic Agreement is terminated it has no legal effect on the enforceability of any other contracts we have executed with you.

4. Notification. You must immediately give Resident Verify notification if you change or delete the email address we use to deliver you the consumer report and/or dispute communication. Because email is the agreed upon medium used to deliver the requested documents, it is crucial that you give Resident Verify prompt notice of any changes.

5. Legal effect. Electronic documents have the same legal effect as hard copies. You are responsible to obtain access to your consumer report and/or dispute communication, and to open and read them. If you cannot open or access your documents please contact us to resolve this. By initialing this policy document you agree that you have a functioning and operating email account to receive emails from Resident Verify.

6. Amendments. Resident Verify may make amendments to the terms and conditions of this Electronic Agreement. We will provide you commercially reasonable notice of the amendments. If you do not agree to these new terms and conditions you can terminate this Electronic Agreement by the methods mentioned in section 3 of this Agreement.

7. Delivery and access errors. Errors in delivering and accessing your electronic documents may occur. We are not liable for anything that may arise from problems in accessing or retrieving your documents that may occur from problems associated with your telecommunications provider, or for any equipment malfunctions that are outside of our control.

8. Acceptance. If you accept the terms and conditions in this Electronic Agreement you will initial the policy document on the Summary page of the application. By initially the policy document, you acknowledge that you have read and understand this Electronic Agreement. This Electronic Agreement becomes effective when we receive your acceptance.

I AGREE to conduct this transaction by electronic means. I understand that by initialing the policy document I am conducting an electronic transaction and agree to use and receive communications through electronic means. I agree to enter into this Electronic Agreement electronically via the use of the Internet, and to be notified regarding this Electronic Agreement and application electronically through the email address I have efuse to conduct other electronic transactions.

10/25/24 14:23 PM

ESIGN

Florence Assalit

Primary-ID: [redacted]5903

IP 75.82.108.156

# EXHIBIT 2

## Universal Data Form - AUD

| | | | |
|---|---|---|---|
| AUD Control Number: | [redacted]8016 | Account Number: | [redacted]3313 |
| AUD Correction Indicator: | 3: DELETE | | |
| Subscriber Name: | Columbia Debt Recovery LLC DBA | Subscriber Address: | |
| Equifa Subscriber Code: | [redacted]7255 | Innovis Subscriber Code: | |
| E perian Subscriber Code: | [redacted]4350 | TransUnion Subscriber Code: | [redacted] 001 |

## Consumer Information

| | | | |
|---|---|---|---|
| First Name: | FLORENCE | Previous First Name: | FLORENCE |
| Middle Name: | | Previous Middle Name: | |
| Last Name: | ASSALIT | Previous Last Name: | ASSALIT |
| Generation Code: | | Previous Generation Code: | |
| Address: | [redacted] | | |
| Previous Address: | | | |
| Telephone Number: | [redacted] | | |
| SSN: | [redacted] | DOB: | [redacted] |
| ECOA Code: | 1 | Consumer Information Indicator: | |

## Associated Consumer 1

| | | | |
|---|---|---|---|
| Name: | | | |
| Address: | | | |
| SSN: | | DOB: | |
| Telephone Number: | | | |
| ECOA Code: | | | |
| Consumer Information Indicator: | | | |

## Associated Consumer 2

| | | | |
|---|---|---|---|
| Name: | | | |
| Address: | | | |
| SSN: | | DOB: | |
| Telephone Number: | | | |
| ECOA Code: | | | |
| Consumer Information Indicator: | | | |

## Account Information

| | | | |
|---|---|---|---|
| Account Status: | DA | Account Type: | 48 |
| Payment Rating: | | Interest Type: | |
| Manner Of Payment: | | Portfolio Type: | 0 |
| Condition/Cumulative Status: | | Terms Duration: | |
| Date Opened: | 2025-12-11 | Terms Frequency: | |
| Current Balance: | 1018 | Date of Account Information: | 2026-04-02 |
| Amount Past Due: | 1018 | Date Closed: | |
| High Credit/Original Loan Amount: | 1000 | Date of Last Payment: | |
| Credit Limit: | | Scheduled Monthly Payment: | |
| Original Charge-Off Amount: | | ECOA Code: | |
| Consumer Info Indicator: | | FCRA Date of Delinquency: | 2024-10-25 |
| Compliance Condition Code: | XH | Specialized Payment Indicator: | |
| Special Comment Code: | | Deferred Payment Date: | |
| Original Creditor Name: | MALIBU CANYON | Balloon Payment Date: | |
| Creditor Classification: | 09 | Balloon Payment Amount: | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from / Sold to |
|---|---|---|---|---|---|
| | | | | | |

## Account History Request/Response

| DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Submitted By: | MICHELLE HOPKINSON | Telephone No.: | [redacted] |

*Plea e Note: Di pute Information above i accurate at the time of Sonnet ubmi ion and may not reflect update in e OSCAR. Thi receipt wa created using the response information from the e-OSCAR API.*

| Credit Reporting Agency | |
|---|---|
| Subscriber Code: | [redacted]F001 |
| Name: | TUN |

| Dispute Information | |
|---|---|
| Account Number: | [redacted]3313 |
| Control Number: | [redacted]3001 |

| Dispute Dates | |
|---|---|
| Date Created: | 2026-03-17 |
| Date Received: | 2026-03-18 |
| Response Due Date: | 2026-04-13 |
| Response Date: | 2026-04-10 |

| Dispute Codes | |
|---|---|
| Dispute Code 1: | 104: CLAIMS ACCOUNT TAKE-OVER, FRAUDULENT CHARGES MADE ON ACCOUNT. VERIFY SPECIAL COMMENT CODE. |
| Dispute Code 2: | 118: DISPUTES CURRENT BALANCE AND/OR AMOUNT PAST DUE. VERIFY CURRENT BALANCE OR AMOUNT PAST DUE. |

| Response | |
|---|---|
| Response Code: | 03: DELETE ACCOUNT |

| FCRA relevant Information |
|---|
| |

| Images Information | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Assoc. Images: | NO | Image ID: | #1 | | #2 | | #3 | | #4 | | #5 |

On the lines below, S indicates the response element is the same as in the Request, D indicates it is different, and U indicates it is unknown.

| Consumer Information | Original | Response | Verification Indicator |
|---|---|---|---|
| First Name: | FLORENCE | | |
| Middle Name: | YVETTE | | |
| Last Name: | ASSALIT | | |
| Generation Code: | | | |
| Address: | [redacted] | | |
| Previous First Name: | FLORENCE YVETTE | | |
| Previous Middle Name: | | | |
| Previous Last Name: | ASSALIT | | |
| Previous Address: | [redacted] | | |
| SSN: | [redacted] | | |
| DOB: | | | |
| Telephone Number: | | | |
| 2nd Previous Address: | [redacted] | | |

| Account Information | Original | Response | | Original | Response |
|---|---|---|---|---|---|
| Account Status: | 93 | | Account Type: | 48 | |
| Payment Rating: | | | Interest Type: | | |
| MOP: | | | Portfolio Type: | 0 | |
| Condition / Cumulative Status: | | | Terms Duration: | | |
| Date Opened: | 2025-12-11 | | Terms Frequency: | | |
| Current Balance: | 1016 | | Date of Account Information: | 2026-03-05 | |
| Amount Past Due: | 1016 | | Date Closed: | | |
| High Credit/Original Loan Amt: | 1000 | | Date of Last Payment: | | |
| Credit Limit: | | | Scheduled Payment: | | |
| Original Charge-Off Amount: | | | ECOA Code: | 1 | |
| Consumer Info Indicator: | | | FCRA Date of Delinquency: | 2024-10-25 | |
| Compliance Condition Code: | | | Specialized Payment Indicator: | | |
| Special Comment Code: | | | Deferred Payment Date: | | |
| Original Creditor Name: | MALIBU CANYON | | Balloon Payment Date: | | |
| Creditor Classification: | 09 | | Balloon Payment Amount: | | |

For each column: Top is "Original" Information, Bottom is "Response" Information

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from / Sold to |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| Remarks: | |
|---|---|

For each month: Top is "Original" Information, Bottom is "Response" Information

Account History Request/Response

| | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | | | | | | | | | | | **G** | **B** |
| | | | | | | | | | | | - | - |
| 2025 | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| 2024 | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| 2023 | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| 2022 | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| 2021 | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| 2020 | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | | |
| | - | - | - | - | - | - | - | - | - | - | | |

| Associated Consumer 1 | | | |
|---|---|---|---|
| Name: | | | |
| Address: | | | |
| SSN: | | DOB: | |
| Telephone Number: | | | |
| ECOA Code: | | | |
| Consumer Information Indicator: | | | |

| Associated Consumer 2 | | | |
|---|---|---|---|
| Name: | | | |
| Address: | | | |
| SSN: | | DOB: | |
| Telephone Number: | | | |
| ECOA Code: | | | |
| Consumer Information Indicator: | | | |

| | | | |
|---|---|---|---|
| Submitted By: | **ANGELICA GALLEGO** | Telephone No.: | [redacted] |

*Please Note: Dispute Information above is accurate at the time of Sonnet submission and may not reflect updates in e-OSCAR. This receipt was created u ing the re pon e information from the e OSCAR API.*