**YU | MOHANDESI, LLP**

**Brett B. Goodman** (SBN 260899)
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
858.757.7262 Direct
213.377.5501 Facsimile
bgoodman@yumollp.com

Attorney for Defendant
Columbia Debt Recovery, LLC
d/b/a Genesis

YU | MOHANDESI, LLP
633 W 5th St, #2800
Los Angeles, CA 90071

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FLORENCE ASSALIT,

Plaintiff,

vs.

AIR COMMUNICITIES; COLUMBIA DEBT RECOVERY, LLC DBA GENESIS,

Defendants.

CASE NO.: 5:26-cv-05305-EKL

**[PROPOSED] ORDER GRANTING DEFENDANT COLUMBIA DEBT RECOVERY LLC DBA GENESIS'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Date: December 16, 2026
Time: 10:00 a.m.
Place: Courtroom 7
280 South 1st Street
San Jose, CA 95113

Assigned to Hon. Eumi K. Lee

YU | MOHANDESI, LLP
633 W 5th St, #2800
Los Angeles, CA 90071

Before the Court is the Motion for Judgment on the Pleadings (the "Motion") filed by Defendant Columbia Debt Recovery, LLC d/b/a Genesis ("Genesis"), seeking judgment on the pleadings as to Plaintiff Florence Assalit's claim against Genesis under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("Count I"). Having considered the Motion, the pleadings, the papers submitted, and the argument of counsel, and for good cause shown, the Court finds that Plaintiff has not alleged, and cannot allege, facts supporting a concrete injury-in-fact sufficient to establish Article III standing as to Count I against Genesis. Genesis's Motion is **GRANTED** and Count I is **DISMISSED** without leave to amend. Judgment shall be entered for Genesis and against Plaintiff accordingly.

**IT IS SO ORDERED.**

Dated: ________________________ ________________________________

Honorable Eumi K. Lee
United States District Judge

YU | MOHANDESI, LLP
633 W 5th St, #2800
Los Angeles, CA 90071

## CERTIFICATE OF SERVICE

I certify that on September 24, 2026, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: September 24, 2026

By: */s/ Brett B. Goodman*
Brett B. Goodman