William Wurm, Esq. (SB 314600 )
**Gator Law, P.C**
2 North Central Avenue, Suite 1800
Phoenix, AZ 85004
Tel: (385) 324-5471
Email: attorneys@gatorlawpc.com
**Attorney for Plaintiff,**
**Florence Assalit**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

FLORENCE ASSALIT,
Plaintiff,

v.

AIR COMMUNITIES, COLUMBIA DEBT RECOVERY LLC DBA GENESIS,
Defendants.

Case No. 5:26-cv-05305
**COURT ORDER**
**MEET AND CONFER**

Pursuant to the Court's order [Dkt 28], the Parties conducted a meet and confer to discuss the complaint and allegations therein along with the motion to dismiss and their respective position. The Parties agree to reconvene for further discussions on settlement and mediation.

1. Plaintiff and Defendant Air Communities conferred via video conference on

October 13, 2026.

2. Plaintiff and Defendant Columbia Debt Recovery, LLC conferred via video on October 12, 2026.

Dated: 10/14/2026 Respectfully submitted,

*/s/ William Wurm*
William Wurm
Gator Law, P.C
2 N Central Avenue
Suite 1800
Phoenix, AZ 85004
P: (385) 324-5471
E: attorneys@gatorlawpc.com
*Attorneys for Plaintiff,*
*Florence Assalit*

**CERTIFICATE OF SERVICE**

I certify that on 10/14/2026, I served the foregoing using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

*/s/ William Wurm*
William Wurm
Gator Law, P.C
2 N Central Avenue
Suite 1800
Phoenix, AZ 85004
P: (385) 324-5471
E: attorneys@gatorlawpc.com
*Attorneys for Plaintiff,*
*Florence Assalit*